# UNITED STATES DISTRICT COURT
### for the
### District of Maine

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:12-mj-152-JHR
 )
EDA Staffing Inc., 371 Forest Ave, Ste 2, Portland )
Maine; See Attachment A )
 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maine_____
*(identify the person or describe the property to be searched and give its location)*:
EDA Staffing Inc., 371 Forest Ave, Ste 2, Portland Maine; See Attachment A of the Affidavit of Special Agent David Pawson

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B of the Affidavit of Special Agent David Pawson

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____September 13, 2012_____
                                                                                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge John H. Rich III, U.S.M.J._____ .
                                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                            ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: August 30, 2012 at 4:30 pm       _____/s/_____
                                                                                               *Judge's signature*

City and state: Portland, ME                A TRUE COPY
                                               ATTEST: Christa K. Berry, Clerk       John H. Rich III   USMJ
                                                                                               *Printed name and title*

                                                   By: /s/
                                                          Deputy Clerk