# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2012 SEP 12 A 8: 36

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:12-mj-152-JHR
)
EDA Staffing Inc., 371 Forest Ave, Ste 2, Portland )
Maine; See Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Maine____
*(identify the person or describe the property to be searched and give its location):*
EDA Staffing Inc., 371 Forest Ave, Ste 2, Portland Maine; See Attachment A of the Affidavit of Special Agent David Pawson

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B of the Affidavit of Special Agent David Pawson

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 13, 2012____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____John H. Rich III, U.S.M.J.____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __August 30, 2012 at 4:30 pm__    _____[signature]_____
                                                        Judge's signature

City and state: __Portland, ME__  A TRUE COPY    __John H. Rich III    USMJ__
                                  ATTEST: Christa K. Berry, Clerk    Printed name and title

                                  By: _____[signature]_____
                                      Deputy Clerk

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: PM16ER12PM0005 | Date and time warrant executed: 09/05/2012 9:00 am | Copy of warrant and inventory left with: Rodrigo Schumacker |

Inventory made in the presence of:
SA David Pawson, SA David Fife

Inventory of the property taken and name of any person(s) seized:

1. Miscellaneous documents to include copies of payroll / timecards from various EDA Staffing client companies (Shipyard restaurant, Ready Seafood, Portland Shellfish, Barber Foods, Shucks Maine Lobster, Denwood Building, Linda Bean Lobster et al.
2. Letters requesting employment verification for multiple employees.
3. Handwritten notes re: normal EDA business, complaints, new employees, and client companies
4. EDA faxes to Boston EDA regarding drivers / transportation of employees
5. DOL compensation claims for injuries
6. Contracts between EDA and client companies Shucks Maine Lobster and Linda Bean Lobster
7. Bank of Amercia deposit slips for months December 2011 through August 2012
8. Complaints from Maine Human Rights Commission re: Gladis Diaz-Bonilla and other related to complaints of verbal and physical sexual harrassment at Shucks Maine Lobster
9. Employment records to include position application, employment eligibility documents I-9's, Employee withholding certificates W-4s, copies of identification documents presented in support of I-9's
10. Digital image of EDA Staffing desktop computer
11. Apple IPAD tablet computer, obtained by consent of Rodrigo Schumacker for digial imaging
12. Other miscellaneous documents, notes, faxes, documents indicating rate of pay, documents pertaining to employee workers compensation claims,

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/12/2012

*Executing officer's signature*

Special Agent David Pawson
*Printed name and title*